UNITED STATES BANKRUPTCY COURT
District of Kansas
Wichita U.S. Courthouse
401 North Market, Room 167
Wichita, Kansas 67202

---

| In re: | ) | |
| --- | --- | --- |
| **Pinnacle Regional Hospital, Inc.,** *et al.*,[1] | ) | Case No. 20-20219 |
| Debtors. | ) | Chapter 7 |
| | ) | (Jointly Administered) |

---

| In re: | ) | |
| --- | --- | --- |
| **Joy's Majestic Paradise, Inc.,** *et al.*, | ) | Case No. 20-20227 |
| Debtors. | ) | Chapter 7 |
| | ) | (Jointly Administered) |

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

NOTICE IS HEREBY GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

**Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:**

# DATE: APRIL 25, 2021

Creditors who do not file a proof of claim on or before this date may not be permitted to share in any distribution from the estate.

A Proof of Claim form (Official Form B 410) can be obtained at the United States Bankruptcy Court – District of Kansas web site (http://www.ksb.uscourts.gov). A Proof of Claim form may be filed by regular mail at the address above or may be filed electronically by using a link on the Court's website (http://www.ksb.uscourts.gov/) and then selecting CM/ECF Info>E-Filing Proofs of Claims.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

---

[1] The Debtors in the consolidated case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

Dated: January 25, 2021

                                        James A. Overcash
                                        Trustee in Bankruptcy

TRUSTEE:
James A. Overcash
Chapter 7 Trustee
301 S. 13th Street Suite 500
Lincoln, NE 68508

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Pinnacle Regional Hospital, Inc.,** *et al.*,[2] | ) | **Case No. 20-20219** |
| | ) | |
| Debtors. | ) | **Chapter 7** |
| | ) | |
| | ) | **(Jointly Administered)** |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Joy's Majestic Paradise, Inc.,** *et al.*, | ) | **Case No. 20-20227** |
| | ) | |
| Debtors. | ) | **Chapter 7** |
| | ) | |
| | ) | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

James A. Overcash, Trustee in Bankruptcy, hereby certifies that on the 25th day of January, 2021 he caused the Notice of Need to File Proof of Claim Due to Recovery of Assets to be served by BK Attorney Services, LLC an Authorized Notice Provider by United State mail, postage prepaid, to all parties as listed on the matrix on file in the Office of the United States Bankruptcy Court.

The Chapter 7 Trustee relies on the ECF system to provide notice to the Office of the United States Trustee.

JAMES A. OVERCASH, Trustee

*/s/James A. Overcash*
James A. Overcash, Chapter 7 Trustee
301 S 13th St., Suite 500
Lincoln, NE 68508
402-437-8500
jovercash@woodsaitken.com

---

[2] The Debtors in the consolidated case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.