# Form 3
## Summary Interim Asset Report

Page: 1

**Trustee:** James A. Overcash (470100)     **Blanket Bond Amount:** $3,400,000.00

**Period:** 10/01/2021 - 09/30/2022     **Per Case Limit:** $3,400,000.00

| 1<br>Case Number | 2<br>Case Name | 3<br>Date Filed (f) or Converted (c) to Chapter 7 | 4<br>Total Funds on Deposit or Invested (from Form 2) | 5<br>Amount of Separate Bond (if any) | 6<br>Gross Value of Remaining Assets (from Form 1 - excludes unknown values) | 7<br>Date of Actual Disposition by*:<br>Final Report (TFR)<br>Final Account (TDR)<br>Report of No Distribution (NDR)<br>Conversion (C)<br>Dismissal (D)<br>Reassignment (R)<br>* If TFR not filed, insert estimated (TFR(e)) date |
|---|---|---|---|---|---|---|
| 20-20219 | Pinnacle Regional Hospital, Inc. | 07/22/2020 (c) | $364,455.65 | | $0.00 | 08/01/2023 TFR(e) |
| 20-20225 | Rojana Realty Investments, Inc. | 07/22/2020 (c) | $97,357.81 | | $0.00 | 08/01/2023 TFR(e) |
| 20-20227 | Joy's Majestic Paradise, Inc. | 07/22/2020 (c) | $248,850.77 | | $0.00 | 08/01/2023 TFR(e) |

**Totals**    (Column 6 excludes unknown values)     **Cases: 3**    $710,664.23     $0.00

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above and that they are accurate and correct to the best of my knowledge.

**Trustee's signature:** /s/ James A. Overcash     **Date signed:** 10/27/22

**Total Cases Reported: 3**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2-1

| Case No.: | 20-20227 | Trustee Name: | (470100) James A. Overcash |
| --- | --- | --- | --- |
| Case Name: | Joy's Majestic Paradise, Inc. | Date Filed (f) or Converted (c): | 07/22/2020 (c) |
| | | § 341(a) Meeting Date: | 09/03/2020 |
| For Period Ending: | 09/30/2022 | Claims Bar Date: | 04/25/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CHECKING ACCOUNT AT FARMERS STATE BANK, XXXXXX4758 | 2,338.08 | 2,338.08 | | 4,941.56 | FA |
| 2 | CHECKING ACCOUNT AT MUTUAL OF OMAHA BANK, XXXXXX8569 | 480.39 | 480.39 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT AT GREAT WESTERN BANK, XXXXXX9677 | 2.67 | 2.67 | | 0.00 | FA |
| 4 | ELECTRIC DEPOSIT - KCPL | 5,100.00 | 5,100.00 | | 0.00 | FA |
| 5 | FARM LAND, BATES CONTY MISSOURI T39-R33W SECTION 7, 180 ACRES WORLAND, VALUATION METHOD:<br>Order Granting Motion to Sell to Boedeker 9/11/20 (Fil. #478) | 538,000.00 | 0.00 | | 1,000,000.00 | FA |
| 6 | FARM LAND, BATES CONTY MISSOURI T41N-R33W SECTION 27,28,33 AND 34 AMORET, MO, VALUATION METHOD:<br>Order Granting Motion to Sell to Bettels 5/12/2020 (Fil. #255) | 2,080,400.00 | 0.00 | | 1,658,142.69 | FA |
| 7 | FARM LAND, LINN COUNTY, KS W 125 ROAD S10-T21-R22, 650 ACRES CENTERVILLE, KS, VALUATION METHOD:<br>Order Granting Motion to Sell to Boedeker 9/11/20 (Fil. #478) | 1,653,600.00 | 0.00 | | 1,000,000.00 | FA |
| 8 | FARM LAND, LINN COUNTY KS KS KWY 52-S12-T22-R24 185 ACRES PLEASANTON, KS, VALUATION METHOD:<br>Order Granting Motion to Sell to Charlie Ball 9/15/2020 (Fil. #482) | 622,200.00 | 0.00 | | 177,621.27 | FA |
| 9 | FARM LAND, LINN COUNTY KS KS E 1000 RD S35-S36-T21-R25 223 ACRES PLEASANTON, KS, VALUATION METHOD:<br>Order Granting Motion to Sell to Boedeker 9/11/20 (Fil. #478) | 892,000.00 | 0.00 | | 777,866.99 | FA |
| 10 | FARM LAND, BATES COUNTY MO T39N-R33W-SECTION 18 78 ACRES, VALUATION METHOD:<br>Survey review pending - to be completed by approximately 11/20/21 (target date) | 273,000.00 | 81,291.17 | | 147,746.69 | FA |
| 11 | FARM LAND, BATES COUNTY MO T39-R33W-S7 AND S18 AND S19, 1009 ACRES, VALUATION METHOD:<br>Order Granting Motion to Sell to Boedeker 9/11/20 (Fil. #478) | 3,531,500.00 | 109,864.41 | | 1,000,000.00 | FA |
| 12 | FARM LAND, E 400 & E 500 Road, Prescott, KS 66767 (u)<br>Order Approving Sale to Fennewald 12/21/21 (Fil. #680) | Unknown | 0.00 | | 244,538.24 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2-2

| Case No.: | 20-20227 | Trustee Name: | (470100) James A. Overcash |
| Case Name: | Joy's Majestic Paradise, Inc. | Date Filed (f) or Converted (c): | 07/22/2020 (c) |
| | | § 341(a) Meeting Date: | 09/03/2020 |
| For Period Ending: | 09/30/2022 | Claims Bar Date: | 04/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12  Assets Totals (Excluding unknown values) | $9,598,621.14 | $199,076.72 | | $6,010,857.44 | $0.00 |

**Major Activities Affecting Case Closing:**

The remaining major activity before case closing process may start is to complete all of the steps for liquidation of property in the approved settlement agreement with Rojana Enterprises.

**Initial Projected Date Of Final Report (TFR):** 08/01/2021    **Current Projected Date Of Final Report (TFR):** 08/01/2023

10/27/2022        /s/James A. Overcash
Date              James A. Overcash

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-1

| Case No.: | 20-20227 | Trustee Name: | James A. Overcash (470100) |
|---|---|---|---|
| Case Name: | Joy's Majestic Paradise, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8201 | Account #: | ******5849 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $3,400,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/20 | | Joys Majestic | Transfer from Chapter 11 Trustee Account | 1129-002 | 1,351,469.23 | | 1,351,469.23 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 216.01 | 1,351,253.22 |
| 09/02/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -216.01 | 1,351,469.23 |
| 09/03/20 | | James A. Overcash | Deposit Reversed - These Funds are to be Transferred to Rojana Realty Investments to Correct Bank Balances | 1129-000 | 1,351,469.23 | | 2,702,938.46 |
| 09/03/20 | {6} | James A. Overcash | Transfer of Funds from Rojana Realty investments, Inc. to Joy's Majestic Paradise, Inc. to Correct Bank Balances | 1110-000 | 1,658,142.69 | | 4,361,081.15 |
| 09/03/20 | 101 | James A. Overcash | Transfer of Funds to Rojana Realty Investments to Correct Bank Balances | 1129-000 | -1,351,469.23 | | 3,009,611.92 |
| 09/03/20 | | James A. Overcash | Deposit Reversal: Transfer of Funds to Rojana Realty Investments to Correct Bank Balances | 1229-002 | -1,351,469.23 | | 1,658,142.69 |
| 09/09/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 265.03 | 1,657,877.66 |
| 09/17/20 | 102 | Great Western Bank | Payment of Real Estate Proceeds Per Order Granting Motion to Disburse 9/16/20 (Fil. #484) | 4110-002 | | 1,657,877.66 | 0.00 |
| 09/23/20 | {8} | Security 1st Title | WIRE FROM SECURITY 1ST TITLE LLC - Order Granting Motion to Sell 9/15/2020 (Fil. #482) | 1110-000 | 177,621.27 | | 177,621.27 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,281.24 | 175,340.03 |
| 10/01/20 | | Security 1st Title, LLC | WIRE FROM SECURITY 1ST TITLE - Proceeds from Sale to M.C. Boedeker Ag Limited Partnership, LTD. Order Granting Motion to Sell 9/11/20 (Fil. #478) | | 3,777,866.99 | | 3,953,207.02 |
| | {7} | | Net Sale Proceeds $1,000,000.00 | 1110-000 | | | |
| | {5} | | Net Sale Proceeds $1,000,000.00 | 1110-000 | | | |
| | {9} | | Net Sale Proceeds $777,866.99 | 1110-000 | | | |
| | {11} | | Net Sale Proceeds $1,000,000.00 | 1110-000 | | | |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,417.12 | 3,947,789.90 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,407.78 | 3,942,382.12 |
| 12/11/20 | 103 | Great Western Bank | Order Granting Trustee's Motion to Disburse Sale No. 5 Net Proceeds (Fil. #543) | 4110-002 | | 2,059,594.39 | 1,882,787.73 |
| 12/18/20 | 104 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 | 2300-000 | | 4,890.49 | 1,877,897.24 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,377.96 | 1,872,519.28 |

Page Subtotals: $5,613,630.95 $3,741,111.67

Case 20-20227 Doc# 65 Filed 10/28/22 Page 4 of 7

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-2

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 20-20227 | | Trustee Name: | | James A. Overcash (470100) | |
| Case Name: | Joy's Majestic Paradise, Inc. | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***8201 | | Account #: | | ******5849 Checking | |
| For Period Ending: | 09/30/2022 | | Blanket Bond (per case limit): | | $3,400,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/21 | {1} | Joy's Majestic Paradise, Inc. | Payment to Close Out Bank Account | 1129-000 | 4,941.56 | | 1,877,460.84 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,901.37 | 1,874,559.47 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,804.13 | 1,871,755.34 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 3,299.92 | 1,868,455.42 |
| 04/28/21 | 105 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 04/01/21-04/01/22 | 2300-000 | | 6,449.76 | 1,862,005.66 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,994.64 | 1,859,011.02 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,782.25 | 1,856,228.77 |
| 06/25/21 | | Kansas Secretary of State | KANSAS.GOV KANSAS.GOV CCD - ACH Filing Fee for Annual Report Filing | 2990-000 | | 53.00 | 1,856,175.77 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 3,272.53 | 1,852,903.24 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,969.72 | 1,849,933.52 |
| 08/11/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -6,242.25 | 1,856,175.77 |
| 11/15/21 | 106 | DYLAN CORPORATE SERVICES, INC. | Preparation of 2021 Tax Returns | 3410-000 | | 4,000.00 | 1,852,175.77 |
| 11/17/21 | 107 | Great Western Bank | Order Approving Proposed Settlement 8/5/21 (Fil. #646) | 2990-800 | | 80,734.00 | 1,771,441.77 |
| 11/17/21 | 108 | STINSON LLP | Order Granting Second Interim Fee App of Stinson LLP 10/14/21 (Fil. #668) | 3210-000 | | 22,320.84 | 1,749,120.93 |
| 02/02/22 | {12} | Security 1st Title, LLC | Fennewald Sale Proceeds - Order Approving Sale Fil. #680 | 1210-000 | 244,538.24 | | 1,993,659.17 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 176.21 | 1,993,482.96 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 241.99 | 1,993,240.97 |
| 04/05/22 | 109 | INTERNATIONAL SURETIES, LTD. | Bond No. 016225903 | 2300-000 | | 4,503.74 | 1,988,737.23 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 207.94 | 1,988,529.29 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 204.97 | 1,988,324.32 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 232.91 | 1,988,091.41 |
| 07/18/22 | | Kansas Secretary of State | KANSAS.GOV KANSAS.GOV CCD - ACH Filing Fee for Annual Report Filing for 2022 | 2990-000 | | 53.00 | 1,988,038.41 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,980.97 | 1,985,057.44 |
| 08/02/22 | {10} | Security 1st Title | Hohne Family Sale Proceeds - WIRE FROM SECURITY 1ST TITLE | 1110-000 | 147,746.69 | | 2,132,804.13 |
| 08/10/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -4,138.05 | 2,136,942.18 |

Page Subtotals: $397,226.49 $132,803.59

Case 20-20227 Doc# 65 Filed 10/28/22 Page 5 of 7

{ } Asset Reference(s)            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 20-20227 | |
| Case Name: | Joy's Majestic Paradise, Inc. | |
| Taxpayer ID #: | **-***8201 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | James A. Overcash (470100) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5849 Checking |
| Blanket Bond (per case limit): | $3,400,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/22 | 110 | James A. Overcash | Combined trustee compensation & expense dividend payments. | 2100-000 | | 87,619.16 | 2,049,323.02 |
| 08/25/22 | 111 | Kilpatrick Townsend & Stockton LLP | Distribution payment - Dividend paid at 100.00% of $9,264.53; Claim # ADM7; Filed: $9,264.53 | 6700-140 | | 9,264.53 | 2,040,058.49 |
| 08/25/22 | 112 | Mann Conroy, LLC dba Conroy Baron | Distribution payment - Dividend paid at 100.00% of $1,431.07; Claim # ADM8; Filed: $1,431.07 | 6700-140 | | 1,431.07 | 2,038,627.42 |
| 08/25/22 | 113 | FTI Consulting, Inc. | Distribution payment - Dividend paid at 100.00% of $4,099.22; Claim # ADM9; Filed: $4,099.22 | 6700-140 | | 4,099.22 | 2,034,528.20 |
| 08/25/22 | 114 | GREAT WESTERN BANK | Distribution payment - Dividend paid at 28.03% of $6,371,432.95; Claim # 1U; Filed: $8,197,513.56 | 7100-000 | | 1,785,677.43 | 248,850.77 |
| | | **COLUMN TOTALS** | | | 6,010,857.44 | 5,762,006.67 | $248,850.77 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 6,010,857.44 | 5,762,006.67 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$6,010,857.44** | **$5,762,006.67** | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 3-4

| | | | |
|---|---|---|---|
| **Case No.:** | 20-20227 | **Trustee Name:** | James A. Overcash (470100) |
| **Case Name:** | Joy's Majestic Paradise, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8201 | **Account #:** | ******5849 Checking |
| **For Period Ending:** | 09/30/2022 | **Blanket Bond (per case limit):** | $3,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $6,010,857.44 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $3,717,472.05 |
| Net Estate: | $2,293,385.39 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5849 Checking | $6,010,857.44 | $5,762,006.67 | $248,850.77 |
| | **$6,010,857.44** | **$5,762,006.67** | **$248,850.77** |